435 A.2d 1314

Commonwealth v. Angelucci, Appellant.

Submitted April 21, 1981. Norris E. Gelman, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and WATKINS, JJ.

The order of the lower court, denying relief under the Post Conviction Hearing Act is affirmed.

435 A.2d 1314

Commonwealth v. Barnard, Appellant.

Submitted April 21, 1981. Charles M. J. Nester, Assistant Public Defender, for appellant; James Freeman, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and WATKINS, JJ.

Judgments of sentence affirmed.